| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-17962 / CMG**

Carlos Franco

Petition Filed Date: 04/20/2018
341 Hearing Date: 05/24/2018
Confirmation Date: 11/07/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2018 | $514.00 | 48694880 | 05/30/2018 | $514.00 | 49482860 | 06/26/2018 | $514.00 | 50188450 |
| 07/30/2018 | $514.00 | 51030590 | 08/27/2018 | $596.00 | 51826300 | 09/27/2018 | $596.00 | 52632720 |
| 10/30/2018 | $596.00 | 53494260 | 11/30/2018 | $596.00 | 54261630 | 12/31/2018 | $598.00 | 54985690 |

**Total Receipts for the Period:  $5,038.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,038.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | **CLAIMS AND DISTRIBUTIONS** | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Carlos Franco | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JAMES J CERBONE, ESQ<br>»»  ATTY DISCL | Attorney Fees | $2,360.00 | $2,360.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $3,467.83 | $0.00 | $0.00 |
| 2 | AMERICAN HONDA FINANCE<br>»»  2017 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | FRANCES FRANCO | Support Arrears | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $9,202.43 | $0.00 | $0.00 |
| 5 | PEOPLES ALLIANCE FCU | Unsecured Creditors | $9,984.34 | $0.00 | $0.00 |
| 6 | EMBRACE HOME LOANS, INC.<br>»»  P/910 MORNING GLORY CT/1ST MTG | Mortgage Arrears | $29,578.08 | $1,185.44 | $28,392.64 |
| 0 | JAMES J CERBONE, ESQ<br>»»  ORDER 11/16/18 | Attorney Fees | $600.00 | $600.00 | $0.00 |

**Chapter 13 Case No. 18-17962 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,038.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $4,145.44 | Current Monthly Payment: | $598.00 |
| Paid to Trustee: | $336.42 | Arrearages: | $2.00 |
| Funds on Hand: | $556.14 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**