| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-17962 / CMG**

Carlos Franco

Petition Filed Date: 04/20/2018
341 Hearing Date: 05/24/2018
Confirmation Date: 11/07/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2019 | $598.00 | 55824900 | 02/27/2019 | $598.00 | 56522950 | 04/01/2019 | $598.00 | 57445540 |
| 04/29/2019 | $598.00 | 58132860 | 05/28/2019 | $598.00 | 58894990 | 07/01/2019 | $598.00 | 59808910 |
| 07/30/2019 | $598.00 | 60444770 | 08/29/2019 | $598.00 | 61311870 | 09/30/2019 | $598.00 | 62112980 |
| 10/29/2019 | $598.00 | 62839700 | 11/26/2019 | $598.00 | 63541770 | 12/30/2019 | $598.00 | 64370720 |

**Total Receipts for the Period:  $7,176.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,812.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Carlos Franco | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JAMES J CERBONE, ESQ<br>»»  ATTY DISCL | Attorney Fees | $2,360.00 | $2,360.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $3,467.83 | $0.00 | $0.00 |
| 2 | AMERICAN HONDA FINANCE<br>»»  2017 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | FRANCES FRANCO | Support Arrears | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $9,202.43 | $0.00 | $0.00 |
| 5 | PEOPLES ALLIANCE FCU | Unsecured Creditors | $9,984.34 | $0.00 | $0.00 |
| 6 | EMBRACE HOME LOANS, INC.<br>»»  P/910 MORNING GLORY CT/1ST MTG | Mortgage Arrears | $29,578.08 | $8,498.37 | $21,079.71 |
| 0 | JAMES J CERBONE, ESQ<br>»»  ORDER 11/16/18 | Attorney Fees | $600.00 | $600.00 | $0.00 |

**Chapter 13 Case No. 18-17962 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,812.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $11,458.37 | Current Monthly Payment: | $598.00 |
| Paid to Trustee: | $798.69 | Arrearages: | $2.00 |
| Funds on Hand: | $554.94 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**