UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | : | |
| Mark B. Engel | : | |
| | : | CASE NO.: 19-20646 (KCF) |
| | : | |
| Debtor. | : | |
| _____ | : | |

Andrea Dobin, Esq.
McManimon Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee hereby appoints Andrea Dobin Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate. If she cannot qualify, the trustee is required to notify the United States Trustee in writing within five days of receipt of this notice of rejection of this appointment.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

By:   */s/ Martha R. Hildebrandt*
         Martha R. Hildebrandt
         Assistant United States Trustee

Dated: February 21, 2020