**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004

MCMANIMON, SCOTLAND & BAUMANN, LLC
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Michael A. Siravo IV (msiravo@msbnj.com)
*Counsel to Andrea Dobin, Chapter 7 Trustee*

|  |  |
|---|---|
| In re: | Case No. 19-20646 (KCF) |
| MARK B. ENGEL, | Honorable Kathryn C. Ferguson, U.S.B.J. |
| Debtor. | Chapter 7 |

## CERTIFICATION OF SERVICE

1.    I,    Terri Olsen    :

☐ represent the     Chapter 7 Trustee     in the above-captioned matter.

☒ am the secretary/paralegal for   Michael A. Siravo IV  , who represents the

    Chapter 7 Trustee          in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.    On July 22, 2020, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below:

   a. Notice of Motion for Entry of an Order Directing Debtor to Cooperate with
      Trustee's Efforts to Inspect Real Property;

   b. Certification of Andrea Dobin, Chapter 7 Trustee, with attached exhibits, in
      Support; and

   c. Proposed Order Directing Debtor to Cooperate with Trustee's Efforts to
      Inspect Real Property.

3.      I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.


Dated: July 22, 2020                                                    */s/ Terri Olsen*
                                                                    TERRI OLSEN

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren Bielskie, Esq.<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Office of the US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other____<br>(as authorized by the court*) |
| Mark B. Engel<br>40 Steven Ln<br>Lakewood, NJ 08701-1545 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other____<br>(as authorized by the court*) |
| Timothy P. Neumann, Esq.<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Counsel to the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____<br>(as authorized by the court*) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Attn:   Valerie Smith | Notice of Appearance Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____<br>(as authorized by the court*) |

4817-2843-5651, v. 1

| | | |
|---|---|---|
| Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108 | Counsel to Notice of Appearance Party, MTGLQ Investors, LP | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____<br>(as authorized by the court*) |
| Brian E. Caine, Esq.<br>Parker McCay, P.A.<br>9000 Midlantic Drive, Suite 300<br>Mt. Laurel, New Jersey 08054 | Counsel to Notice of Appearance Party, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____<br>(as authorized by the court*) |
| Elizabeth K. Holdren, Esq.<br>Hill Wallack LLP<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543 | Counsel to Notice of Appearance Party, NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____<br>(as authorized by the court*) |
| Denise E. Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108 | Counsel to Notice of Appearance Party, VW Credit Inc. d/b/a Audi Financial Services | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4

4817-2843-5651, v. 1